

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT -7 2020

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. 1:20-CR-81 |
| JEFFREY SCOTT REESE | § § | Crone-Hawthorn |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2261A (Stalking)

On or about May 2016, the exact date being unknown, in the Eastern District of Texas, and elsewhere, **Jeffrey Scott Reese**, defendant, traveled in interstate commerce, from the State of Texas to the State of Pennsylvania, and elsewhere, with the intent to harass and intimidate Person 1, and as a result of such travel reasonably expected to cause substantial emotional distress to Person 1.

In violation of 18 U.S.C. § 2261A.

### Count Two

Violation: 18 U.S.C. § 2261A (Stalking)

On or about April 2018, the exact date being unknown, in the Eastern District of Texas, and elsewhere, **Jeffrey Scott Reese**, defendant, traveled in interstate commerce, from the State of Texas to the State of Pennsylvania, and elsewhere, with the intent to

harass and intimidate Person 1, and as a result of such travel reasonably expected to cause substantial emotional distress to Person 1.

In violation of 18 U.S.C. § 2261A.

### Count Three

Violation: 18 U.S.C. § 875(c) (Interstate threatening communications)

On or about August 29, 2016, in the Eastern District of Texas, **Jeffrey Scott Reese**, defendant, did knowingly and unlawfully transmit in interstate commerce from the State of Texas to the State of Pennsylvania a communication, to wit; a cellular phone call to Police Officer 1 containing a threat to injure Person 1, specifically that he would kill Person 1.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____
CHRISTOPHER RAPP
Assistant United States Attorney

10/7/2020
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:20-CR |
| v. | § | |
| | § | |
| JEFFREY SCOTT REESE | § | |

## NOTICE OF PENALTY

### Counts One and Two

Violation: 18 U.S.C. § 2261A.

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00

### Count Three

Violation: 18 U.S.C. § 875(c).

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00