UNITED STATES DISTRICT COURT        EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:20-CR-81-MAC |
| | § | |
| JEFFREY SCOTT REESE, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant, Jeffrey Scott Reese's, *pro se* motions and his newly-appointed counsel's motions to reopen his detention and competency hearings.  Judge Hawthorn recommended denying all pending *pro se* motions and the "Defendant's Opposed Motion to Stay Magistrate Judge's Report and Recommendation and Reopen Competency Hearing" (Dkt. No. 65); "Defendant's Opposed Motion to Stay Order Adopting the Report and Recommendations of the Magistrate Judge" (Dkt. No. 66); and "Defendant's Opposed Motion for Detention Hearing" (Dkt. No. 67).

The Report and Recommendation was mailed to Reese at the MCC in Chicago (because it addressed his *pro se* motions), *and* electronically filed on CM/ECF.  Although the docket reflects that Reese did not receive the report (presumably because he had not yet physically returned to MCC Chicago for medical treatment), his counsel did receive the magistrate judge's report.  No objections were filed within the fourteen day period following service of the report.

Accordingly, the court **ACCEPTS** Judge Hawthorn's Report and Recommendation (Doc. No. 70) and **DENIES** the following motions:

| Doc. No. | Motion |
|---|---|
| 21 | Pro Se Motion to Subpoena Motion to Appeal |
| 22 | Pro Se Motion to Proceed Pro Se |
| 23 | Pro Se Motion to Withdraw Insanity Plea |
| 25 | Pro Se Motion for Wiretap Verification |
| 26 | Pro Se Emergency Motion |
| 27 | Pro Se Motion for Sanctions |
| 28 | Pro Se Emergency Motion for New Attorney |
| 29 | Pro Se Emergency Motion |
| 30 | Pro Se Motion for Copies |
| 31 | Pro Se Motion for Attorney |
| 32 | Pro Se Motion for Detention Hearing |
| 33 | Pro Se Motion to Subpoena Information |
| 35 | Pro Se Motion for Discovery |
| 36 | Pro Se Motion for Spectrum Analyzer |
| 38 | Pro Se Emergency Motion for Removal of Implants |
| 43 | Pro Se Motion for Defendant's Signature |
| 45 | Pro Se Motion for Copies |
| 46 | Pro Se Motion for New Counsel |
| 47 | Pro Se Motion to Subpoena Witnesses |
| 48 | Pro Se Motion to Amend Detention |
| 51 | Pro Se Motion to Suppress Competency Report |
| 52 | Pro Se Motion for Subpoena |
| 60 | Pro Se Motion for Subpoena |
| 61 | Pro Se Motion for New Attorney |
| 65 | Defendant's Opposed Motion to Stay Magistrate Judge's Report and Recommendation and Re-Open Competency Hearing |
| 66 | Defendant's Opposed Motion to Stay Order Adopting the Report and Recommendations of the Magistrate Judge |
| 67 | Defendant's Opposed Motion for Detention Hearing |

SIGNED at Beaumont, Texas, this 7th day of October, 2021.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE